IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Maurice Young, ) | |
| ) | C/A No. 5:12-1197-JFA |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| McKither Bodison, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The *pro se* petitioner, Maurice Young ("Petitioner"), is a state prisoner, currently housed at Lieber Institution of the South Carolina Department of Corrections ("SCDC"). Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2006 state conviction. (ECF No. 1). Petitioner did not pay the filing fee or file an application to proceed without prepayment of the filing fee. By order dated June 25, 2012, Petitioner was given an opportunity to pay the filing fee or file an *in forma pauperis* motion to bring the case into proper form (ECF No. 8). *See In Re: Procedures in Civil Actions Filed by Prisoner Pro Se Litigants*, No. 3:07-mc-5014-JFA (D.S.C. Sept. 18, 2007). Petitioner was warned that failure to provide the necessary financial information within the timetable set in the order would subject the case to dismissal. Petitioner did not respond to the order and the time for response lapsed on June 25, 2012. Petitioner has failed to prosecute this case, as well as comply with an order of the court.

This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

**July 12, 2012**  Joseph F. Anderson, Jr.
**Columbia, South Carolina**  United States District Judge